UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRYPHON DEVELOPMENT LLC

Plaintiff,

-v-

TOWN OF MONROE

Defendant.

08 civ. 3252
Case No.: JUDGE CONNER

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

GRYPHON DEVELOPMENT LLC        (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: MARCH 31, 2008

Signature of Attorney

Attorney Bar Code: JS 2399

Form Rule7_1.pdf  SDNY Web 10/2007