| US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK | AFFIDAVIT OF SERVICE |
|---|---|
| COUNTY OF | ATTORNEY: SWEENEY |
| GRYPHON DEVELOPMENT LLC | FF/INDEX #: |
| | DATE FILED: 4/1/08 |
| | DOCKET #: |
| - AGAINST - Plaintiff(s)/Petitioners(s) | CASE NO.: 08 CIV. 3252 |
| TOWN OF MONROE | JUDGE CONNER |
| Defendants(s)/Respondent(s) | COURT D/T: |
| | AMOUNT: |

**STATE OF NEW YORK COUNTY OF ORANGE ss:**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **4/18/08** at **1:04 PM** at **11 STAGE ROAD MONROE, NEW YORK 10950**

deponent served the within **SUMMONS IN A CIVIL ACTION & CIVIL COMPLAINT WITH INDEX # AND DATE OF FILING ENDORSED THEREON, INDIVIDUAL PRACTICES OF JUDGE CONNER & INSTRUCTION & PROCEDURES FOR ELECTRONIC CASE FILING**

on **TOWN OF MONROE** therein named

**CORPORATION** ☑ By delivering to and leaving with **MARY ELLEN BRAMS** so served to be the **TOWN CLERK** and that he knew the person of the corporation, and authorized to accept service.

☐ AND AT THE SAME TIME PAYING IN ADVANCE THE AUTHORIZED FEE

**DESCRIPTION** Deponent describes the individual served as follows:

**FEMALE, WHITE SKIN, BROWN HAIR, 50-55 YRS., 5'3", 135 LBS.**

Other identifying features:

**GLASSES**

Sworn to before me on: **4/18/08**

_signature: Joann Johnson_

_signature: Mike Renna_

**MIKE RENNA**

| JOHN GOULD | JOANN JOHNSON | KATHLEEN GOULD |
| NOTARY PUBLIC, STATE OF NEW YORK | NOTARY PUBLIC, STATE OF NEW YORK | NOTARY PUBLIC, STATE OF NEW YORK |
| QUALIFIED IN ORANGE COUNTY | QUALIFIED IN ORANGE COUNTY | QUALIFIED IN ORANGE COUNTY |
| COMMISION EXPIRES JULY 15, 20__ | COMMISION EXPIRES AUGUST 15, 20_10_ | COMMISION EXPIRES NOVEMBER 30, 20__ |
| 01G05013764 | 01J05031856 | 4632958 |