Case 7:08-cv-03252-WCC    Document 4    Filed 05/09/2008    Page 1 of 1

05/07/2008  10:30   8452545994                    ONE HARRIMAN SQUARE                  PAGE  02
05-08-2008  03:58PM  FROM-DLHKGR PLLC              8455611235           T-661  P.002/002  F-295

SJG/ev                                                          08977-62023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
GRYPHON DEVELOPMENT, LLC,

                Plaintiff,                    **STIPULATION**

        -against-                         Case No.: 08 CIV 3252 (WCC)

TOWN OF MONROE,                                ECF CASE

                Defendant.
------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in this action, that the time for the defendant, TOWN OF MONROE, to answer the plaintiff's complaint has been extended until June 8, 2008.

Dated: May 6, 2008.

By: JAMES G. SWEENEY (JS 2399)            By: STEPHEN J. GABA (SG 3160)
Attorney for Plaintiff                                 DRAKE, LOEB, HELLER, et al.
One Harriman Square                              Attorneys for Defendant
P.O. Box 806                                             555 Hudson Valley Ave., Suite 100
Goshen, New York 10924                        New Windsor, New York 12553
Tel. No.: (845) 291-1100                           Tel. No.: (845) 561-0550

SO ORDERED: _William C. Conner_           May 9, 2009
               HON. WILLIAM C. CONNER                   White Plains, NY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

COPIES MAILED TO COUNSEL OF RECORD for Δ
AND E-MAILED TO π COUNSEL

DRAKE LOEB HELLER KENNEDY GOGERTY GABA & RODD PLLC
555 HUDSON VALLEY AVENUE, SUITE 100, NEW WINDSOR, NEW YORK 12553
PHONE: 845-561-0550