UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

**GRYPHON DEVELOPMENT LLC,**

                   Plaintiff,

    - against -

**TOWN OF MONROE,**

                   Defendants.
_____X

AFFIDAVIT OF SERVICE

08 CV 3252 (WCC)

ECF CASE

STATE OF NEW YORK    )
COUNTY OF ORANGE    )ss

    Arlene Anderson, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at 156 Montgomery Street, Goshen, NY 10924.

    On May 21, 2008, I served one copy of the First Amended Complaint in the above referenced matter by delivering said copy in a prepaid envelope to a representative of Federal Express (FedEx) addressed to each of the following persons at the last known address set forth after each name.

           Stephen J. Gaba, Esq.
           Drake Loeb Heller Kennedy
           Gogerty Gaba & Rodd, PLLC
           555 Hudson Valley Ave., Suite 100
           New Windsor, NY 12553

                                               _____
                                               Arlene Anderson

Sworn to before me this
6th day of June, 2008

_____
Notary Public, State of New York

JAMES G. SWEENEY
Notary Public, State of New York
No. 9262740
Qualified in Orange County
Commission Expires November 30, 2010