UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GRYPHON DEVELOPMENT LLC,

                         Plaintiff,                     CERTIFICATE OF SERVICE

    -against-

                                                                   Case No.:   08 CIV 3252 (WCC)

TOWN OF MONROE,

                         Defendant.
-----------------------------------------------------------------X

## **CERTIFICATE OF SERVICE**

    I, STEPHEN J. GABA, being duly sworn, deposes and says:

    1.    I am not a party to this action, am over 18 years of age, and reside at Newburgh, New York.

    2.    I hereby certify that on June 9, 2008, I served a true copy of the annexed Answer, in the following manner:

By e-filing same with the United States District Court, Southern District of New York and by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the address of the addressee(s) as indicated below:

TO:    JAMES G. SWEENEY
          *Attorney for Plaintiff*
          One Harriman Square
          P.O. Box 806
          Goshen, New York 10924
          Tel. No.:  (845) 291-1100

                                                  STEPHEN J. GABA (SG-3160)