UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

| | |
|---|---|
| **GRYPHON DEVELOPMENT LLC,** | **AFFIDAVIT OF SERVICE** |
| Plaintiff, | |
| - against - | **08 CV 3252 (WCC)** |
| **TOWN OF MONROE,** | **ECF CASE** |
| Defendants. | |

_____X

STATE OF NEW YORK   )
COUNTY OF ORANGE   )ss

    Arlene Anderson, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at 156 Montgomery Street, Goshen, NY 10924.

    On June 6, 2008, I served one copy of the Second Amended Complaint in the above referenced matter by delivering said copy in a prepaid envelope to a representative of Federal Express (FedEx) addressed to each of the following persons at the last known address set forth after each name.

        Stephen J. Gaba, Esq.
        Drake Loeb Heller Kennedy
        Gogerty Gaba & Rodd, PLLC
        555 Hudson Valley Ave., Suite 100
        New Windsor, NY 12553

                                      _____
                                                    Arlene Anderson

Sworn to before me this
9th day of June, 2008.

_____
Notary Public, State of New York

JAMES G. SWEENEY
Notary Public, State of New York
No. 9262740
Qualified in Orange County
Commission Expires November 30, 19__