UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

**GRYPHON DEVELOPMENT LLC,**  AFFIDAVIT OF SERVICE

                    Plaintiff,

    - against -  08 CV 3252 (WCC)

**TOWN OF MONROE,**  ECF CASE

                    Defendants.
_____X

STATE OF NEW YORK    )
COUNTY OF ORANGE    )ss

    Arlene Anderson, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at 156 Montgomery Street, Goshen, NY 10924.

    On August 22, 2008, I served one copy of the Plaintiff's Memorandum of Law and Supporting Affidavit in Opposition to the motion to disqualify in the above referenced matter by delivering said copy in a prepaid envelope to a representative of Federal Express (FedEx) addressed to each of the following persons at the last known address set forth after each name.

        Stephen J. Gaba, Esq.
        Drake Loeb Heller Kennedy
        Gogerty Gaba & Rodd, PLLC
        555 Hudson Valley Ave., Suite 100
        New Windsor, NY 12553

                                      _____
                                      Arlene Anderson

Sworn to before me this
29th day of August, 2008

_____
Notary Public, State of New York

        JAMES Q. SWEENEY
      Notary Public, State of New York
             No. 9262740
      Qualified in Orange County
  Commission Expires November 30, 19 2010