UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
──────────────────────────────────────── X

**GRYPHON DEVELOPMENT LLC,**                            AFFIDAVIT OF
                                                        SERVICE
                        Plaintiff,
         - against -                                    08 CV 3252 (WCC)

**TOWN OF MONROE,**                                     ECF CASE

                        Defendants.
──────────────────────────────────────── X

STATE OF NEW YORK    )
COUNTY OF ORANGE     )ss

    Arlene Anderson, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at 156 Montgomery Street, Goshen, NY 10924.

    On September 2, 2008, I served one copy of the Supplemental Affidavit in Opposition to the motion to disqualify in the above referenced matter by delivering said copy in a prepaid envelope to a representative of Federal Express (FedEx) addressed to each of the following persons at the last known address set forth after each name.

> Stephen J. Gaba, Esq.
> Drake Loeb Heller Kennedy
> Gogerty Gaba & Rodd, PLLC
> 555 Hudson Valley Ave., Suite 100
> New Windsor, NY 12553

                                                 /s/ Arlene Anderson
                                                  Arlene Anderson

Sworn to before me this
2nd day of September, 2008

/s/ James G. Sweeney
Notary Public, State of New York

JAMES G. SWEENEY
Notary Public, State of New York
No. 9262740
Qualified in Orange County
Commission Expires November 30, ~~19~~ 2010